**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-55633-PMB |
| | : | |
| BESTMANN, LLC, | : | |
| | : | CHAPTER 11 |
| DEBTOR. | : | |

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V Trustee in the above-captioned case:

**Tamara Miles Ogier**
Ogier Rosenfeld & Steil, P.C.
P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orsatl.com

The trustee's verified statement of disinterestedness, with statement of anticipated rate of compensation, is attached to this notice.

Date: May 21, 2025

Mary Ida Townson
United States Trustee, Region 21

*s/ Jonathan S. Adams*
Jonathan S. Adams
Georgia Bar No. 979073
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
(404) 331-4438
Jonathan.S.Adams@usdoj.gov