**UNITED STATES BANKRUPTCY COURT**
**NORTHER DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                                  CASE NO. 25-55633-PMB

BESTMANN, LLC,                              CHAPTER 11

    Debtor.

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this case, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder, or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at the rate of $450.00 per hour, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to Federal Rule of Bankruptcy Procedure 2008.

Dated: May 21, 2025             OGIER, ROSENFELD & STEIL, P.C.

                                                       By: */s/Tamara Miles Ogier*
                                                           Tamara Miles Ogier
                                                           Georgia Bar No. 550355

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
tmo@orsatl.com