

**IT IS ORDERED as set forth below:**

**Date: June 13, 2025**

_____
**Paul Baisier
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| **BESTMANN LLC,** | CASE NUMBER **25-55633-PMB** |
| Debtor. | CHAPTER 11 |

### ORDER DISMISSING CASE

On May 21, 2025, the above-named debtor (the "Debtor"), proceeding *pro se*, filed the above-styled case. On May 22, 2025, the Court entered its *Order Setting Deadlines for Debtor to Correct Filing Deficiencies* (Docket No. 7), which directed the Debtor to file its Balance Sheet, Statement of Operations, Cash Flow Statement, and Most Recent Federal Income Tax Return on or before May 28, 2025, and file its Statement of Financial Affairs, Schedules A/B thru H, Summary of Assets and Liabilities, Declaration Under Penalty of Perjury, Corporate Resolution, List of 20 Largest Unsecured Creditors, and List of Equity Security Holders on or before June 4, 2025. The Debtor was further directed to file its List of Creditors on or before May 29, 2025, *see* Docket No. 6, and pay the Chapter 11 filing fee, totaling one thousand seven hundred thirty-eight dollars ($1,738), on or before June 2, 2025, *see* Docket No. 5. Moreover, as noted above, the Debtor in this case is an entity, such that the Debtor cannot represent itself in this case. *See Palazzo*

v. *Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). Consequently, per the Court's *Order Regarding Pro Se Entity Filing* (Docket No. 8) entered on May 22, 2025, the Debtor was directed to file an application to retain counsel licensed to practice in the State of Georgia and admitted to practice before this Court to represent it in this case on or before June 5, 2025.

As of entry of this Order, the Debtor has failed to all of its missing, required documents and pay any portion of the outstanding balance of the Chapter 11 filing fee.  Further, the Debtor failed to have counsel licensed to practice in the State of Georgia and admitted to practice before this Court appear to represent it in this case.

Accordingly, after review of the docket in this matter, it is hereby

**ORDERED** that the above-styled case is **DISMISSED**.

The Clerk is directed to serve a copy of this Order upon the Debtor, the United States Trustee, and all parties on the mailing matrix.

**[END OF DOCUMENT]**